

# NUMBER 13-12-00598-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

STATE AND COUNTY MUTUAL FIRE
INSURANCE COMPANY,                                                    Appellant,

**v.**

SERGIO J. VALDEZ, GUARDIAN AD LITEM,                          Appellee.

**On appeal from the 139th District Court
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant State and County Mutual Fire Insurance Company perfected an appeal

from a judgment entered by the 139th District Court of Hidalgo County, Texas, in cause

number C-185-01-C(A).   The parties have filed an agreed motion to dismiss the appeal

on grounds that all matters in controversy between them in this cause have been settled. The parties request that this Court dismiss the appeal.

The Court, having abated the appeal on October 23, 2013 pending mediation and settlement, now REINSTATES the appeal. Further, considering the documents on file and the agreed motion to dismiss, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. We also dismiss any other pending motions as moot.

In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* at R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 2nd
day of October, 2014.